## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| BLUEBONNET TELECOMMUNICATIONS L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> NOKIA INC. AND NOKIA CORPORATION, <br><br> Defendants. | CIVIL ACTION NO. 2:13-cv-509 <br><br> **JURY TRIAL DEMANDED** |

### PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Bluebonnet Telecommunications L.L.C. ("Bluebonnet") files this Notice of Dismissal Without Prejudice of Defendants Nokia, Inc. and Nokia Corporation (collectively "Nokia") and respectfully states as follows:

1. On June 18, 2013, Bluebonnet filed its Complaint for patent infringement with this Court.

2. As of this date, Nokia has not filed or served an answer to Bluebonnet's Complaint.

Dated: June 26, 2013　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Califf T. Cooper
　　　　　　　　　　　　　　　　　Matthew J. Antonelli (lead attorney)
　　　　　　　　　　　　　　　　　Texas Bar No. 24068432
　　　　　　　　　　　　　　　　　matt@ahtlawfirm.com
　　　　　　　　　　　　　　　　　Zachariah S. Harrington
　　　　　　　　　　　　　　　　　Texas Bar No. 24057886

1

zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Califf T. Cooper
Texas Bar No. 24055345
califf@ahtlawfirm.com
ANTONELLI, HARRINGTON &
THOMPSON LLP
4200 Montrose Blvd., Ste. 430
Houston, TX 77006
(713) 581-3000

*Attorneys for Bluebonnet Telecommunications L.L.C.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 26, 2013.

/s/  Califf T. Cooper
Califf T. Cooper